UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LOURDES PARK and JENNIFER PARK,<br><br>Defendants. | No. 1:14-cv-1874-BAM<br><br>**ORDER TO SHOW CAUSE TO COUNSEL FOR LOURDES PARK** |

On February 12, 2015, the parties were advised that a scheduling conference would be held on March 31, 2015 at 9:30 a.m.  (Doc. 9).  In the interim, on March 4, 2015, the Court held a status conference to clarify issues related to consent to a magistrate judge. (Doc. 12).  At this time, the parties were again advised of the March 31, 2015 scheduling conference date.  (Doc. 12).

On March 31, 2015, counsel for Lincoln Benefit Life Company and Jennifer Park, both appeared for the scheduling conference telephonically, however, counsel for Defendant Lourdes Park failed to appear. As a result, the scheduling conference could not proceed.  Accordingly, counsel for Defendant Lourdes Park is ORDERED TO SHOW CAUSE why this Court should

1

not impose sanctions for his failure to appear at the telephonic scheduling conference.  Counsel shall respond to this Order to Show Cause, in writing, no later than **April 7, 2015, at 12:00 p.m**. Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **April 1, 2015**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE