| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Giovanna A. Ferrari (SBN 229871) |
| 2 | gferrari@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 3 | San Francisco, California 94105 |
| | Telephone:   (415) 397-2823 |
| 4 | Facsimile:   (415) 397-8549 |
| 5 | Attorneys for Plaintiff |
| | LINCOLN BENEFIT LIFE COMPANY |
| 6 | |
| 7 | Henry D. Nunez |
| | Attorney at Law |
| 8 | 4478 West Spaatz Avenue |
| | Fresno, California 93722 |
| 9 | Telephone: (559) 437-9200 |
| | Facsimile:  (559) 437-3927 |
| 10 | Attorneys for Defendant |
| | LOURDES PARK |
| 11 | |
| 12 | YACOUBIAN & POWELL LLP |
| | Stewart J. Powell (SBN 175226) |
| 13 | 725 S. Figueroa Street, Suite 3800 |
| | Los Angeles, California  90017 |
| 14 | Telephone: (213) 955-7145 |
| | Facsimile:  (213) 955-7146 |
| 15 | Attorneys for Defendant |
| | JENNIFER PARK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, | Case No.   1:14-CV-01874-BAM |
| Plaintiff, | **STIPULATION AND  ORDER FOR DISCHARGE OF LINCOLN BENEFIT LIFE COMPANY** |
| v. | |
| LOURDES PARK, an individual, and JENNIFER PARK, an individual, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER FOR DISCHARGE OF LINCOLN BENEFIT LIFE COMPANY / CASE NO. 1:14-CV-01874-BAM

WHEREAS,

On November 25, 2014, Plaintiff Lincoln Benefit Life Company ("LBL") filed this interpleader action against Defendants Lourdes Park and Jennifer Park (collectively, "the Parties") pursuant to 28 U.S.C. Section 1335 [See Dkts. 1 and 1-2];

The value of the funds is in excess of $500 [See Dkts. 1 and 1-2];

LBL is a disinterested party [See Dkts. 1 and 1-2];

The Defendants are adverse [See Dkts. 1 and 1-2];

The Defendants are of diverse citizenship [See Dkts. 1 and 1-2];

The funds have been deposited with the Court [See Dkts. 1 and 1-2]; and

LBL has incurred attorneys' fees and costs as a disinterested stakeholder in an interpleader action:

The Parties stipulate that

(a) Pursuant to 28 U.S.C. Section 2361, LBL be discharged from liability to any and all Defendants named herein under the allegations of the Complaint, and further, that LBL be discharged and relieved of further responsibility in said action and that Defendants be permanently enjoined from the further assertion of claims relating to life insurance Policy No. 01T1E19108 ("the Policy") and LBL's handling/investigation of any claim for the benefits under the Policy;

(b) LBL be awarded its attorneys' fees and costs incurred in this action. *See Abex Corp. v. Ski's Enterprises, Inc.*, 748 F. 2d 513, 516 (9th Cir. 1984); *Schirmer Stevedoring Co., Ltd. v. Seaboard Stevedoring Corp.*, 306 F2d 188, 194-195 (9th Cir. 1962) (attorneys' fees and costs can come from deposited funds); FRCP Rule 54(d); FRCP 54(d); *Gelfgren v. Republic Nat'l Life Ins. Co.*, 680 F2d 79, 81 (9th Cir. 1982) (costs are allowable to the disinterested stakeholder as a prevailing party);

(c) LBL be awarded the attorneys' fees and costs as referenced in section (b) above from the interpleaded funds; and

//

//

//

(d) The amount of fees and costs awarded to LBL be the total of the fees and costs incurred as of the date the Court issues an order approving this stipulation, plus any amounts incurred to prove the fees and costs incurred.

DATED: April 22, 2015                              SEYFARTH SHAW LLP

                                                   By:  /s/ Giovanna A. Ferrari
                                                        Giovanna A. Ferrari

                                                   Attorneys for Plaintiff
                                                   LINCOLN BENEFIT LIFE COMPANY
DATED: April 22, 2015                              ATTORNEY AT LAW


                                                   By:  /s/ Henry D. Nunez
                                                        Henry D. Nunez

                                                   Attorneys for Defendant
                                                   LOURDES PARK

DATED: April 22, 2015                              YACOUBIAN & POWELL LLP


                                                   By:  /s/ Stewart J. Powell
                                                        Stewart J. Powell

                                                   Attorneys for Defendant
                                                   JENNIFER PARK


### ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:**

1. LBL's Request for Discharge is GRANTED.

2. IT IS FURTHER ORDERED that LBL's Request for Permanent Injunction is GRANTED.

3. IT IS FURTHER ORDERED that LBL shall file a Motion for Reasonable Attorney Fees within twenty-one (21) days of this Order. Defendants shall thereafter file a response within fourteen (14) days of any motion by LBL, and LBL shall have seven (7) days to file a reply.

IT IS SO ORDERED.

   Dated:  **April 27, 2015**                      /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE