1  Henry D. Nunez
   Attorney at Law
2  4478 West Spaatz Avenue
   Fresno, California 93722
3  Telephone: (559) 437-9200
   Facsimile:  (559) 437-3927
4

   Attorneys for Defendant
5  LOURDES PARK

6  YACOUBIAN & POWELL LLP
   Stewart J. Powell (SBN 175226)
7  725 S. Figueroa Street, Suite 3800
   Los Angeles, California  90017
8  Telephone: (213) 955-7145
   Facsimile:  (213) 955-7146
9
   Attorneys for Defendant
10 JENNIFER PARK

11

12
                    UNITED STATES DISTRICT COURT
13
              EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
14

15
   LINCOLN BENEFIT LIFE COMPANY,            Case No.  1:14-CV-01874-BAM
16
              Plaintiff,                    [Hon. Barbara A. McAuliffe]
17
        v.                                  **ORDER GRANTING JOINT
18                                          STIPULATION TO VACATE
   LOURDES PARK, an individual, and JENNIFER SETTLEMENT CONFERENCE DATE**
19 PARK, an individual,
                                            Current Date:    May 27, 2015
20            Defendants.                   Time:            10:00 a.m.
                                            Settlement Judge:   Hon. Sheila K. Obeerto
21

22

23

24

25
        Having considered the Joint Stipulation to Continue Settlement Conference Date submitted by
26
   Defendants Lourdes Park and Jeniffer Park, Inc., it appears to the Court that the relief prayed for should
27
   be granted and good cause exists therefore.
28

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE

**IT IS HEREBY ORDERED:**

    1.  The Settlement Conference scheduled for May 27, 2015 before Judge Oberto is vacated;

    2.  The parties to contact the Court at a later date to re-schedule a Settlement Conference when both parties are in a position to meaningfully participate.

IT IS SO ORDERED.

Dated:   **May 20, 2015**                              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE