SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Plaintiff
LINCOLN BENEFIT LIFE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>LOURDES PARK, an individual, and JENNIFER PARK, an individual,<br><br>          Defendants. | Case No.  1:14-CV-01874-BAM<br><br>**ORDER GRANTING LINCOLN BENEFIT LIFE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:         June 19, 2015<br>Time:        9:00 a.m.<br>Courtroom: 8, 6th Floor<br>Judge:       Hon. Barbara A. McAuliffe |

Plaintiff Lincoln Benefit Life Company's ("LBL") Motion for Attorneys' Fees and Costs was noticed for hearing before this Court at 9:00 a.m. on June 19, 2015.  No hearing was required on this matter.

Having considered the papers submitted in support of and the statement of non-opposition to the Motion, and good cause appearing, this Court ORDERS that:

1. The motion for attorney's fees is GRANTED;

2. LBL is awarded $8,766.00 in attorneys' fees and costs to be paid from the interplead funds;

3. The check in the total amount of $8,766 should be made payable to "Lincoln Benefit Life Company."

4. The check should be sent to the attention of Giovanna A. Ferrari at Seyfarth Shaw LLP located at 560 Mission Street, Suite 3100, San Francisco, CA 94105.

5.	The check shall be issued within ten days of entry of the Order provided the Court's financial office is in receipt of a completed W-9 from LBL.

IT IS SO ORDERED.

Dated:   **June 11, 2015**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE