UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>LOURDES PARK, an individual, and JENNIFER PARK, an individual,<br><br>            Defendants. | Case No.   1:14-CV-01874-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULING ORDER**<br><br>(Doc. 41) |

      On November 24, 2015, Defendants Lourdes Park and Jennifer Park, the only remaining parties in this interpleader action, filed a Joint Stipulation to Modify Case Scheduling Order.  Defendants request that the Scheduling Conference Order issued on April 27, 2015, be modified to allow for participation in a Settlement Conference in the hopes of resolving this dispute without incurring unnecessary expense in further discovery and trial preparation.  (Doc. 41.)

      Having considered the joint stipulation, the Court finds good cause for modification of the scheduling conference order and shall grant the requested relief.  Further, this matter will be set for a Settlement Conference before Magistrate Judge Michael J. Seng on January 29, 2016, at 10:00 a.m. in Courtroom  6 (MJS) in the Fresno Division of the Eastern District of California.

Accordingly, **IT IS HEREBY ORDERED** that the following schedule shall be adopted:

| | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Disclosure | November 23, 2015 | February 23, 2016 |
| Supplemental Expert Disclosure | December 7, 2015 | March 7, 2016 |
| Expert Discovery Cutoff | December 21, 2015 | March 21, 2016 |
| Non-Expert Discovery Cutoff | November 19, 2015 | February 19, 2016 |
| Pretrial Motion Filing Deadline | January 6, 2016 | April 6, 2016 |
| Pretrial Conference | February 29, 2016 | June 1, 2016<br>8:30 a.m.<br>Courtroom 8 (BAM) |
| Settlement Conference deadline | None | January 29, 2016<br>10:00 a.m.<br>Courtroom 6 (MJS) |
| Jury Trial (3-4 day est.) | April 19, 2016 | July 26, 2016<br>8:30 a.m.<br>Courtroom 8 (BAM) |

IT IS SO ORDERED.

Dated:   **December 3, 2015**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE