Henry D. Nunez
Attorney at Law
4478 West Spaatz Avenue
Fresno, California 93722
Telephone: (559) 437-9200
Facsimile:  (559) 437-3927

Attorneys for Defendant
LOURDES PARK

YACOUBIAN & POWELL LLP
Stewart J. Powell (SBN 175226)
725 S. Figueroa Street, Suite 3800
Los Angeles, California  90017
Telephone: (213) 955-7145
Facsimile:  (213) 955-7146

Attorneys for Defendant
JENNIFER PARK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, | Case No.   1:14-CV-01874-BAM |
| Plaintiff, | [Hon. Barbara A. McAuliffe] |
| v. | **ORDER GRANTING  DISTRIBUTION OF INTERPLED FUNDS PURSUANT TO CASE SETTLEMENT** |
| LOURDES PARK, an individual, and JENNIFER PARK, an individual, | |
| Defendants. | |

Having considered the Joint Stipulation of Settlement submitted by Defendants Lourdes Park and Jennifer Park, it appears to the Court that the relief prayed for should be granted and good cause exists therefore.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

That the Registry of the United States District Court, Eastern District, release and distribute funds interpled by Plaintiff Lincoln Benefit Life Company as follows:

1.      The Clerk of the Court is directed to disburse $300,000.00 from the Registry of the United States District Court, Eastern District California and make said disbursement payable to the Law Office of Henry D. Nunez Client Trust Account, at 4478 West Spaatz Avenue, Fresno, California 93722, for distribution to Defendant Lourdes Park.

2.      The Clerk of the Court is further directed to disburse $300,000.00 from the Registry of the United States District Court, Eastern District California  and make said disbursement payable to Yacoubian & Powell, LLP Client Trust Account, at 725 S. Figueroa Street, Suite 3800, Los Angeles, California 90017, for distribution to Defendant Jennifer Park;

3.      The balance of the interpled funds, plus interest accumulated and to be accumulated thereon, shall remain in the Court's Registry until further order of this Court.

4.       This Court shall retain jurisdiction of this matter to effectuate the remaining terms of the Parties' settlement agreement.

5.      Proposed Orders submitted pursuant to the parties' settlement agreement or otherwise deemed necessary to effectuate the terms of the settlement shall be submitted to:

MJSOrders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   __February 10, 2016__          ___/s/ *Michael J. Seng*___
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE