Henry D. Nunez
Attorney at Law
4478 West Spaatz Avenue
Fresno, California 93722
Telephone: (559) 437-9200
Facsimile:  (559) 437-3927

Attorneys for Defendant
LOURDES PARK

YACOUBIAN & POWELL LLP
Stewart J. Powell (SBN 175226)
725 S. Figueroa Street, Suite 3800
Los Angeles, California  90017
Telephone: (213) 955-7145
Facsimile:  (213) 955-7146

Attorneys for Defendant
JENNIFER PARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>LOURDES PARK, an individual, and JENNIFER PARK, an individual,<br><br>            Defendants. | Case No.   1:14-CV-01874-BAM<br><br>[Hon. Barbara A. McAuliffe]<br><br>**ORDER GRANTING  DISTRIBUTION OF REMAINING INTERPLED FUNDS PURSUANT TO CASE SETTLEMENT** |

       Having considered the Joint Stipulation of Settlement submitted by Defendants Lourdes Park and Jennifer Park, it appears to the Court that the relief prayed for should be granted and good cause exists therefore.

**IT IS HEREBY ORDERED:**

1. That the Registry of the United States District Court, Eastern District, release the balance of funds interpled by Plaintiff Lincoln Benefit Life Company, drawn from the Registry of the United States District Court, Eastern District, payable to the Law Office of Henry D. Nunez Client Trust Account, at 4478 West Spaatz Avenue, Fresno, California 93722;

2. That the entire balance of interpled funds shall be used by Mr. Nunez to purchase annuities for the benefit of James David Park (a minor) and Luisa Holly Park (a minor), which shall be held in Trust for each minor separately pursuant to the parties' settlement and establishment of Trusts in each minor's name;

3. Mr. Nunez shall file with this Court proof of purchase of annuities within five (5) calendar days of purchase. If the annuities are not purchased within 30 days of this Order, Mr. Nunez shall file a declaration with this court explaining the circumstances and accounting for the interpled funds released to him.

4. This Court shall retain jurisdiction of this matter to effectuate the remaining terms of the Parties' settlement.

IT IS SO ORDERED.

Dated:   March 25, 2016             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE