1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

7
8

LINCOLN BENEFIT LIFE COMPANY,

Case No.   1:14-CV-01874-BAM

9

Plaintiff,

**<u>AMENDED</u> ORDER**

10

v.

**GRANTING  DISTRIBUTION**

11

LOURDES PARK, an individual, and
JENNIFER PARK, an individual,

**OF INTERPLED FUNDS**

12
13

Defendants.

14
15
16

Having considered the Joint Stipulation of Settlement submitted by Defendants Lourdes

17

Park and Jennifer Park, and, it appearing to the Court that the relief prayed for should be

18

granted, but the Court having concluded that its earlier Order Granting Distribution of the

19

Interplead Funds [ECF No. 49] should be **amended** to direct more specific procedures for

20

approving and purchasing the annuities and distributing from the Court's Registry the

21

remainder of funds interplead by Plaintiff Lincoln Benefit Life,

22

 **IT IS HEREBY ORDERED:**

23

1. The Registry of the United States District Court, Eastern District of California, shall
   release and disburse the balance of said funds from the Court's Registry in the manner

24

   and according to the terms specified below and for the benefit of the minor children of

25

   Lourdes Park, James David Park and Luisa Holly Park.

26

3.  The entire balance of interpled funds shall be divided into two equal parts and

27

applied in equal parts to purchase two separate annuities for the benefit, and in the

28

[PROPOSED] ORDER GRANTING DISTRIBUTION OF REMAINING INTERPLED FUNDS PURSUANT TO CASE
SETTLEMENT

1   names of, James David Park (a minor) and Luisa Holly Park (a minor).  Said annuities

2   shall be held separately for the benefit of each said minor in accordance with the terms

3   of the parties' settlement agreement and the corresponding terms of the said annuity

4   contract.

5   3.      Attorney Henry Nunez shall arrange for the purchase of said annuities.  When

6   the annuity purchase contracts are prepared, approved by counsel, and ready to be

7   signed and the annuities ready to be purchased, counsel for the parties shall individually

8   notify the Court via MJSOrders@caed.uscourts.gov that each, individually and on behalf

9   of his clients, finds the terms of the said annuity contracts to be consistent with the

10  terms of the settlement agreement and in the best interests of their clients and the

11  minors, and requests the funds be released for purchase of said annuities.

12  4.      Counsel also shall specifically authorize the Court to pay the said funds over in

13  equal shares directly to the company providing the annuity, or if to be paid otherwise,

14  counsel shall jointly provide specific instructions for such payment.

15  4.      Within five business days of disbursement of the funds from the Registry as

16  aforesaid, counsel shall confirm with the Court that said purchases have been

17  completed and the annuities established.

18  4.      This Court shall retain jurisdiction of this matter to effectuate the remaining terms

19  of the Parties' settlement.

20  IT IS SO ORDERED.

21

22  Dated:   __March 30, 2016__          ___/s/ *Michael J. Seng*___

23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[PROPOSED] ORDER GRANTING DISTRIBUTION OF REMAINING INTERPLED FUNDS PURSUANT TO
CASE SETTLEMENT