IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINCOLN BENEFIT LIFE COMPANY,**<br>Plaintiff,<br>v.<br>**LOURDES PARK, JENNIFER PARK,**<br>Defendants. | 1:14-cv-01874 BAM<br><br>**ORDER DISTRIBUTING FUNDS** |

It appearing from the declarations at ECF Nos. 53 and 54 that the parties and their counsel have fully complied with this Court's Amended Order Granting Distribution of Interpled Funds (ECF No. 50), it is hereby ORDERED:

The Financial & Budget Administrator for the U.S. District Court for the Eastern District of California shall, ten days from the date of this Order, cause the balance of funds deposited into the Registry of this Court in this action on or about November 25, 2014 (ECF No. 1-2.) (i.e., those funds remaining after the distribution ordered by this Court on February 10, 2016 (ECF No. 47) and all interest accumulated on that November 25, 2014, deposit, to be disbursed as follows:

1) One check equal to half of the balance of the funds remaining

plus half of the accumulated interest made payable to "Nationwide Financial fbo the James David Park Trust, Policy Number 071230183";

    2)  One check equal to half of the balance of the funds remaining plus half of the accumulated interest made payable to "Nationwide Financial fbo the Luisa Holly Park Trust, Policy number 071230184";

and cause the said checks to be sent for overnight delivery to:

>  Nationwide Financial
>  5100 Rings Road
>  RR1-04-F4
>  Dublin, Ohio  43017

IT IS SO ORDERED.

Dated:   June 15, 2016                    /s/ *Michael J. Seng*
                                                                            UNITED STATES MAGISTRATE JUDGE